UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

IN RE:   KEVIN FLUHARTY                    CASE NO: 2:16-mj-00136

SEALED ORDER

The Court finds that Kevin Fluharty qualifies for court-appointed counsel, based upon the financial affidavit completed by him on November 3, 2016. Accordingly, it is hereby **ORDERED** that Mark McMillian, Esquire, shall represent Mr. Fluharty in this matter.

The Clerk is directed to forward copies of this Sealed Order to the targeted individual, the CJA Supervising Attorney, and counsel of record.

This Order is entered nunc pro tunc as of November 3, 2016.

**ENTER:** March 21, 2017

_____
Dwane L. Tinsley
United States Magistrate Judge

1